```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

ROOSEVELT WARREN                                           PETITIONER

VERSUS                             CIVIL ACTION NO.5:04cv327-DCB-JCS

CONSTANCE REESE,
WARDEN FCC-YAZOO CITY                                      RESPONDENT

## FINAL JUDGMENT

This matter came before the Court on Roosevelt Warren's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [**docket entry no. 1**].  The Court dismissed the petition in a separate Order which adopted Judge James C. Sumner's Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of March, 2006.

```
                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE
```